**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY THOMAS; SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 721,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT, et al.,<br>        Defendants. | Case No. EDCV 10-01846 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants, and Plaintiffs shall take nothing as to each of Plaintiffs' claims.  IT IS FURTHER ORDERED that the preliminary injunction issued on July 7, 2011, is DISSOLVED.  The Court orders that such judgment be entered.

Dated: <u>February 13, 2012</u>         *Virginia A. Phillips*
                                              VIRGINIA A. PHILLIPS
                                       United States District Judge